## STATE v. SMITH et al.

Court of Quarter Sessions.  Kent.  December, 1796.

*Bayard's Notebook, 167.*

---

\* This case is also reported in *Clayton's Notebook, 4; Rodney's Notes*, Dec. 6, 1796.

*Miller* and *Bayard* objected that she could not be considered as free, because the evidence of her freedom was in writing and not shown. That supposing her free, she was no witness, being disqualified by the Act of 1787 [2 Del.Laws 887]. They cited the case of *Collins and Hall, ante.*

*Ridgely*, Attorney General. The negro woman was the slave of Ralston, and he swearing she is free, though she were not free before, she would become so now by the act of the master. The Act of Assembly gives the same redress to Negroes as to whites. This is not attainable but by allowing them on criminal prosecutions to be witnesses. *Collins and Hall* has no application to this case, because it was between two whites. The *State v. Bender, ante*, afterwards decided in the Sessions is in point. The only difference is that that was an indictment for an assault and battery.

The Court (consisting of JOHNS and RODNEY, JUSTICES) were divided, upon which the witness was sworn.

Sarah, being sworn, stated that there were several white persons present at the transaction she was called to prove.

The objection was then renewed, and the Court agreed the witness was incompetent, upon which she was dismissed.

There being no other evidence against the defendants, they were acquitted by consent of Attorney General.